UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD J. DAVIDSON and ABBOTT LABORATORIES,<br>      Plaintiffs,<br><br>V<br><br>YIHAI CAO, JUDAH FOLKMAN, MICHAEL S. O'REILLY, THE CHILDREN'S MEDICAL CENTER CORP., and ENTREMED IN.,<br>      Defendants, | CA 00- 11046-JLT |

ORDER

December 18, 2001

TAURO, J.,

I hereby recuse myself from this case in order to avoid a potential conflict of interest.

See 28 U.S.C. Sec. 455(b)(4).



United States District Judge